IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>HOWARD B. SAMUELS, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CENTRAL GROCERS, INC., R & D MARKETING, LLC, AND REDNER'S MARKETS, INC.,<br><br>*Respondents*. | Case No.   1:22-mc-00216 |

### [PROPOSED] ORDER GRANTING FIVE RIVERS CATTLE FEEDING, LLC'S MOTION TO QUASH NON-PARTY SUBPOENA

The Court, having considered Five Rivers Cattle Feeding, LLC's Motion to Quash Non-Party Subpoena, is of the opinion that said motion be granted; it is, therefore, ORDERED, ADJUDGED, AND DECREED that Five Rivers Cattle Feeding, LLC's Motion to Quash Non-Party Subpoena is granted in its entirety, and the subpoena served on Five Rivers Cattle Feeding, LLC on October 11, 2022 by Howard B. Samuels, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Central Grocers, Inc. ("Central Grocers"), R & D Marketing, LLC ("R & D"), and Redner's Markets, Inc. ("Redner's") (the "Direct Purchaser Plaintiffs" or "DPPs"), in connection with *In re DPP Beef Litigation*, Case No. 0:20-cv-1319 (JRT/HB), a civil antitrust lawsuit pending in the U.S. District Court for the District of Minnesota (the "DPP Action"), is HEREBY QUASHED. Five Rivers Cattle Feeding, LLC is further awarded its attorneys' fees and costs in bringing the Motion to Quash Non-Party Subpoena in an amount to be determined following its submission of proof of those attorneys' fees and costs.

Dated: _____                         _____
                                                  United States District Court Judge