# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC, *Petitioner*, v. HOWARD B. SAMUELS, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CENTRAL GROCERS, INC., R & D MARKETING, LLC, AND REDNER'S MARKETS, INC., *Respondents*. | Case No. |

## NOTICE OF RELATED CASE

In accordance with D.C.COLO.L.CivR 3.2, Petitioner Five Rivers Cattle Feeding, LLC hereby provides this notice of related case.

This case is related to *In re DPP Beef Litigation*, Case No. 0:20-cv-1319 (JRT/HB) (D. Minn).

Dated: December 29, 2022

Respectfully submitted,

/s/ *Christopher C. Yook*
Christopher C. Yook
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
cyook@kslaw.com

*Counsel for Five Rivers Cattle Feeding, LLC*

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2022, I served the foregoing NOTICE OF RELATED CASE by mailing a copy via e-mail to the following counsel of record:

| | |
|---|---|
| Jason S. Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>Phone: (619) 400-5822<br>Fax: (619) 400-5832<br>hartley@hartleyllp.com | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Joshua J. Rissman<br>Brittany Resch<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>jrissman@gustafsongluek.com<br>bresch@gustafsongluek.com |
| Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com | Dennis J. Stewart<br>GUSTAFSON GLUEK PLLC<br>600 B Street<br>17th Floor<br>San Diego, CA 92101<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dstewart@gustafsongluek.com |
| Alexander E. Barnett<br>COTCHETT, PITRE & MCCARTHY, LLP<br>40 Worth Street, Suite 602<br>New York, NY 10013<br>Telephone: (212) 201-6820<br>Facsimile: (917) 398-7753<br>abarnett@cpmlegal.com | Megan E. Jones<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>mjones@hausfeld.com |

Dianne M. Nast
Daniel N. Gallucci
Michele Burkholder
Joanne E. Matusko
Michael S. Tarringer
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com
dgallucci@nastlaw.com
mburkholder@nastlaw.com
jmatusko@nastlaw.com
mtarringer@nastlaw.com

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel:(312) 346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

Arthur N. Bailey
RUPP, BAASE, PFALZGRAF
CUNNINGHAM LLC
111 West 2nd Street #1100
Jamestown, New York 14701
T: (716) 664-2967
bailey@ruppbaase.com

Kevin Landau
Evan Rosin
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (646) 873-7654
Fax: (212) 931-0703
klandau@tcllaw.com
erosin@tcllaw.com

Simon B. Paris
Patrick Howard
SALTZ, MONGELUZZI,

Doulas A. Millen
Steven A. Kanner
Brian M. Hogan
FREED KANNER LONDON &
MILLEN
LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
dmillen@fklmlaw.com
skanner@fklmlaw.com
bhogan@fklmlaw.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113
Tel: (216) 622-1851
dkaron@karonllc.com

Marco Cercone, Esq.
RUPP, BAASE, PFALZGRAF
CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Tel: (716) 854-3400
cercone@ruppbaase.com

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
cadio@saveri.com

Brian D. Penny
GOLDMAN SCARLATO & PENNY,
P.C.

& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

J. Gordon Rudd, Jr.
David M. Cialkowski
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com

Richard M. Hagstrom
Michael R. Cashman
Nathan D. Prosser
Anne T. Regan
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina MN 55439
Telephone: (952) 941-4005
rhagstrom@hjlawfirm.com
mcashman@hjlawfirm.com
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Daniel J. Mogin
Jennifer M. Oliver
Timothy Z. LaComb

Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel.: (484) 342-0700
Fax: (484) 580-8747
penny@lawgsp.com

Joseph Goldberg
Vince Ward
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel : 1.505.244.7520
jg@fbdlaw.com
vjw@fbdlaw.com

Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
wburns@burnscharest.com

Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

Erica C. Lai
Melissa H. Maxman
COHEN & GRESSER LLP

MOGIN RUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Ariana J. Tadler
Brian Morrison
TADLER LAW LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Tel: (212) 946-9300
atadler@tadlerlaw.com
bmorrison@tadlerlaw.com

Katrina Carroll
CARLSON LYNCH
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Tel: (312) 750-1265
kcarroll@carlsonlynch.com

Andrew J. McGuinness
ANDREW J. MCGUINNESS, ESQ.
111 S. Main St., 3rd Floor
Ann Arbor, MI 48107
Tel: (734) 274-9374
drewmcg@topclasslaw.com

Joshua H. Grabar, Esq.
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
Email: jgrabar@grabarlaw.com

2001 Pennsylvania Ave. NW, Suite 300
Washington, DC 20006
Tel: (202) 851-2073
elai@cohengresser.com
mmaxman@cohengresser.com

Daniel Walker
BERGER MONTAGUE
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Tel: (202) 559-9745
dwalker@bm.net

Kelly Iverson
CARLSON LYNCH
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
kiverson@carlsonlynch.com

Michael Gratz
GRATZ & GRATZ, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
michael@gratzandgratz.com

Marc H. Edelson
EDELSON LECHTZIN LLP
3 Terry Drive
Suite 205
Newtown, PA 18940
215-867-2399 (work)
215-272-0517 (cell)
Medelson@edelson-law.com

***Counsel for Respondents***

   */s/ Christopher Yook*
   Christopher C. Yook