**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FIVE RIVERS CATTLE FEEDING, LLC,

      *Petitioner*,

v.

HOWARD B. SAMUELS, SOLELY IN HIS
CAPACITY AS CHAPTER 7 TRUSTEE FOR
THE BANKRUPTCY ESTATE OF CENTRAL
GROCERS, INC., R & D MARKETING, LLC,
AND REDNER'S MARKETS, INC.,

      *Respondents*.

Case No.

## FIVE RIVERS CATTLE FEEDING, LLC'S REQUEST FOR ORAL ARGUMENT

Five Rivers Cattle Feeding, LLC ("Five Rivers") respectfully requests oral argument on its

Motion to Quash Non-Party Subpoena pursuant to D.C.COLO.LCivR 7.1(h).


Dated:  December 29, 2022

Respectfully submitted,

*/s/ Christopher C. Yook*
Christopher C. Yook
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
cyook@kslaw.com

John F. Massouh
**SPROUSE SHRADER SMITH PLLC**
701 S. Taylor Street
Suite 500
Amarillo, TX 79101
Telephone: (806) 468-3300
john.massouh@sprouselaw.com

*Counsel for Five Rivers Cattle Feeding,
LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2022, I served the foregoing FIVE
RIVERS CATTLE FEEDING, LLC'S REQUEST FOR ORAL ARGUMENT by mailing a copy
via e-mail to the following counsel of record:

Jason S. Hartley
Hartley LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Brittany Resch
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Dennis J. Stewart
GUSTAFSON GLUEK PLLC
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

Alexander E. Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Telephone: (212) 201-6820
Facsimile: (917) 398-7753
abarnett@cpmlegal.com

Megan E. Jones
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

Dianne M. Nast
Daniel N. Gallucci
Michele Burkholder
Joanne E. Matusko
Michael S. Tarringer
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com
dgallucci@nastlaw.com
mburkholder@nastlaw.com
jmatusko@nastlaw.com
mtarringer@nastlaw.com

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel:(312) 346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

Arthur N. Bailey
RUPP, BAASE, PFALZGRAF
CUNNINGHAM LLC
111 West 2nd Street #1100
Jamestown, New York 14701
T: (716) 664-2967
bailey@ruppbaase.com

Kevin Landau
Evan Rosin
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (646) 873-7654
Fax: (212) 931-0703
klandau@tcllaw.com
erosin@tcllaw.com

Simon B. Paris
Patrick Howard
SALTZ, MONGELUZZI,

Doulas A. Millen
Steven A. Kanner
Brian M. Hogan
FREED KANNER LONDON &
MILLEN
LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
dmillen@fklmlaw.com
skanner@fklmlaw.com
bhogan@fklmlaw.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113
Tel: (216) 622-1851
dkaron@karonllc.com

Marco Cercone, Esq.
RUPP, BAASE, PFALZGRAF
CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Tel: (716) 854-3400
cercone@ruppbaase.com

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
cadio@saveri.com

Brian D. Penny
GOLDMAN SCARLATO & PENNY,
P.C.

& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

J. Gordon Rudd, Jr.
David M. Cialkowski
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com

Richard M. Hagstrom
Michael R. Cashman
Nathan D. Prosser
Anne T. Regan
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina MN 55439
Telephone: (952) 941-4005
rhagstrom@hjlawfirm.com
mcashman@hjlawfirm.com
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Daniel J. Mogin
Jennifer M. Oliver
Timothy Z. LaComb

Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel.: (484) 342-0700
Fax: (484) 580-8747
penny@lawgsp.com

Joseph Goldberg
Vince Ward
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel : 1.505.244.7520
jg@fbdlaw.com
vjw@fbdlaw.com

Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
wburns@burnscharest.com

Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite
1700
Minneapolis, MN 55401
Tel: (612) 339-7300
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

Erica C. Lai
Melissa H. Maxman
COHEN & GRESSER LLP

MOGIN RUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Ariana J. Tadler
Brian Morrison
TADLER LAW LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Tel: (212) 946-9300
atadler@tadlerlaw.com
bmorrison@tadlerlaw.com

Katrina Carroll
CARLSON LYNCH
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Tel: (312) 750-1265
kcarroll@carlsonlynch.com

Andrew J. McGuinness
ANDREW J. MCGUINNESS, ESQ.
111 S. Main St., 3rd Floor
Ann Arbor, MI 48107
Tel: (734) 274-9374
drewmcg@topclasslaw.com

Joshua H. Grabar, Esq.
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
Email: jgrabar@grabarlaw.com

2001 Pennsylvania Ave. NW, Suite 300
Washington, DC 20006
Tel: (202) 851-2073
elai@cohengresser.com
mmaxman@cohengresser.com

Daniel Walker
BERGER MONTAGUE
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Tel: (202) 559-9745
dwalker@bm.net

Kelly Iverson
CARLSON LYNCH
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
kiverson@carlsonlynch.com

Michael Gratz
GRATZ & GRATZ, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
michael@gratzandgratz.com

Marc H. Edelson
EDELSON LECHTZIN LLP
3 Terry Drive
Suite 205
Newtown, PA 18940
215-867-2399 (work)
215-272-0517 (cell)
Medelson@edelson-law.com

***Counsel for Respondents***

*/s/ Christopher Yook*
Christopher C. Yook