IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 22-mc-00216-NYW | Date: January 10, 2023 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC, <br><br> Petitioner, <br><br> v. <br><br> HOWARD B. SAMUELS, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Central Grocers, Inc., R & D Marketing, LLC, and Redner's Markets, Inc., <br><br> Respondent. | Christopher Yook <br> John Massouh <br><br><br><br><br> Jason Hartley |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**10:01 a.m.     Court in session.**

Appearances of counsel.

Discussion held regarding Respondent's intent to file a motion to transfer to the District of Minnesota.  Counsel advise the Court that they have not met and conferred regarding the motion to transfer.

**ORDERED:**   Respondent shall file its contemplated motion to transfer to the District of Minnesota of no more than 15 pages in length no later than January 24, 2023.  Petitioner shall file a response to the motion to transfer of no more than 15 pages in length no later than February 9, 2023.  Respondent may file a reply in support of his motion of no more than 10 pages in length no later than February 16, 2023.

Assuming that this Court maintains jurisdiction over this dispute, this Court will set a briefing schedule on the Motion to Quash Non-Party Subpoena [Doc. 1].

**10:12 a.m.     Court in recess.**

Hearing concluded.
Total time in court:     0:11