# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC,<br><br>Petitioner,<br><br>v.<br><br>HOWARD B. SAMUELS, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CENTRAL GROCERS, INC., R & D MARKETING, LLC, AND REDNER'S MARKETS, INC.,<br><br>Respondents. | Case No. 1:22-mc-00216-NYW |

**STIPULATION REGARDING BRIEFING SCHEDULE FOR FIVE RIVERS CATTLE FEEDING, LLC'S MOTION TO QUASH NON-PARTY SUBPOENA**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Petitioner Five Rivers Cattle Feeding, LLC ("Five Rivers") filed a Motion to Quash Non-Party Subpoena in the above-entitled matter [ECF 1] (the "Motion to Quash"); and

WHEREAS, at a telephonic status conference on January 10, 2023, Respondents advised the Court of their intention to move under Federal Rule of Civil Procedure 45(f) to transfer the Motion to Quash to the District of Minnesota, which issued the Subpoena; and

WHEREAS, on January 10, 2023, the Court entered a Minute Order [ECF 11] setting a briefing schedule for Respondents' Motion to Transfer the Motion to Quash; and

WHEREAS, Respondents since informed Five Rivers of their decision not to proceed with a Motion to Transfer to avoid unnecessary delay in adjudicating the Motion to Quash; and

WHEREAS, the parties have agreed on a briefing schedule for the Motion to Quash;

1

BASED ON THE RECITALS ABOVE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Respondents will file and serve their opposition to the Motion to Quash on or before February 10, 2023; and

2. Five Rivers will file and serve its reply on or before February 24, 2023.

In accordance with the above, the parties respectfully request that the Court enter the concurrently submitted proposed Order.

Dated: January 24, 2023

Respectfully submitted,

*/s Christopher C. Yook*
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
cyook@kslaw.com

John F. Massouh
SPROUSE SHRADER SMITH PLLC
701 S. Taylor Street
Suite 500
Amarillo, TX 79101
Telephone: (806) 468-3300
john.massouh@sprouselaw.com

*Counsel for Petitioner Five Rivers Cattle Feeding, LLC*

*s/Jason S. Hartley*
Jason S. Hartley
HARTLEY LLP
101 W. Broadway, Ste 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com

*Counsel for Respondents*

2