# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC, <br><br> Petitioner, <br><br> v. <br><br> HOWARD B. SAMUELS, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CENTRAL GROCERS, INC., R & D MARKETING, LLC, AND REDNER'S MARKETS, INC., <br><br> Respondents. | Case No. 1:22-mc-00216-NYW |

**[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR FIVE RIVERS CATTLE FEEDING, LLC'S MOTION TO QUASH NON-PARTY SUBPOENA**

Pursuant to the Stipulation Regarding Briefing Schedule for Five Rivers Cattle Feeding, LLC's Motion to Quash Non-Party Subpoena entered into by the parties,

IT IS HEREBY ORDERED that the Stipulation is granted as follows:

1. Respondents will file and serve their opposition to the Motion to Quash (no more than 15 pages) on or before February 10, 2023; and

2. Five Rivers will file and serve its reply (no more than 10 pages) on or before February 24, 2023.

Dated: _____, 2023

_____
Hon. Nina Y. Wang
United States District Judge

1