## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FIVE RIVERS CATTLE FEEDING, LLC,

            *Petitioner*,

   v.

HOWARD B. SAMUELS, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CENTRAL GROCERS, INC., R & D MARKETING, LLC, AND REDNER'S MARKETS, INC.,

            *Respondents*.

Case No. 1:22-MC-00216-NYW

## JOINT MOTION FOR LEAVE TO APPEAR REMOTELY BY PHONE OR VIDEO CONFERENCE

Five Rivers Cattle Feeding, LLC ("Five Rivers") and Howard B. Samuels, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Central Grocers, Inc., R & D Marketing, LLC, and Redner's Markets, Inc. ("Respondents") file this Joint Motion for Leave to Appear Remotely via Phone or Video Conference at the hearing scheduled on August 1, 2023 regarding Five River's Motion to Quash Non-Party Subpoena.

On July 3, 2023, the Court set a hearing on Five River's Motion to Quash Respondents' Non-Party Subpoena for August 1, 2023, at 10:00 am. Co-counsel for Five Rivers reside out of state in Washington, DC and in Amarillo, Texas. Counsel for Respondents resides in San Diego, California and will be attending the Ninth Circuit Conference in Portland, Oregon at that time, by instruction of the Chief Judge for the Southern District of California. To reduce further costs to the Parties (including Five Rivers, who is a non-party to the underlying litigation), Five Rivers and Respondents request the Court allow counsel to appear at the August 1 hearing remotely.

The Parties will not be prejudiced if the Court permits counsel to appear remotely at the hearing.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1, counsel for Five Rivers and Respondents have conferred regarding the requested relief and jointly submit this Motion.

Dated: July 18, 2023                                    Respectfully submitted,

*/s/ Angela Tarasi*                                     */s/ Jason S. Hartley*
Angela Tarasi                                           Jason S. Hartley
**KING & SPALDING LLP**                                 **HARTLEY LLP**
1401 Lawrence Street                                    101 W. Broadway
Suite 1900                                              Suite 820
Denver, CO 80202                                        San Diego, CA 92101
Telephone: (720) 535-2300                               Telephone: (619) 400-5822
atarasi@kslaw.com                                       hartley@hartleyllp.com

Christopher C. Yook                                     *Counsel for Respondents*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
cyook@kslaw.com

John F. Massouh
**SPROUSE SHRADER SMITH PLLC**
701 S. Taylor Street
Suite 500
Amarillo, TX 79101
Telephone: (806) 468-3300
john.massouh@sprouselaw.com

*Counsel for Five Rivers Cattle Feeding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2023, I served the foregoing JOINT MOTION FOR LEAVE TO APPEAR REMOTELY BY PHONE OR VIDEO CONFERENCE to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

*/s/ Angela Tarasi*
Angela Tarasi