# Cisco Meeting App Instructions

# Judge Wang

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://meet.uc.uscourts.gov/meeting/148673276?secret=00Ope1tRAUhJhVL8o.XN6Q

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

    2221100@uc.uscourts.gov  Meeting ID- 148673276#

- For Audio Only:

    - Phone: 571-353-2301, then enter 148673276

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    **Family Member/Public/Media "listen" to hearing:**

    Toll Free: 888-363-4749
    Access Code: 5738976#