IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 22-mc-00216-NYW | Date: August 1, 2023 |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| FIVE RIVERS CATTLE FEEDING, LLC, <br><br> Petitioner, <br><br> v. <br><br> HOWARD B. SAMUELS, Solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Central Grocers, Inc., R & D Marketing, LLC, and Redner's Markets, Inc., <br><br> Respondent. | Christopher Yook <br> Angela Tarasi <br> John Massouh <br><br><br><br> Jason Hartley |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING via VIDEOTELECONFERENCE**

**10:09 a.m.**     **Court in session.**

Court calls case. Appearances of counsel via VTC.

Preliminary remarks by the Court.

Discussion regarding MDL and discovery status.

Argument held regarding Five Rivers Cattle Feeding, LLC's Motion to Quash Non-Party Subpoena [Doc. 1].

**ORDERED:   Five Rivers Cattle Feeding, LLC's Motion to Quash Non-Party Subpoena [Doc. 1] is taken UNDER ADVISEMENT.**

**10:57 a.m.**     **Court in recess.**  Hearing concluded. Total time in court:    00:48